**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) | |
| Plaintiff, | ) | Case No.: 4:17-cv-00503-ALM |
| v. | ) | |
| VILLAGE CREEK REAL ESTATE, LLC, a Texas Limited Liability Company, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, Village Creek Real Estate, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,

*/s/Louis I. Mussman*_________
Louis I. Mussman
Florida Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Seth P. Crosland
*Local Counsel*
Texas Bar No.: 24069551
Crosland Law Firm
1848 Norwood Plaza, Suite 205B

Respectfully Submitted,

*/s/ Anthony T. Ricciardelli* ___________
ANTHONY T. RICCIARDELLI
State Bar No. 24070493
anthony.ricciardelli@gmail.com
RICCIARDELLI LAW FIRM
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (972) 345-8730
Fax: (214) 451-0165

*Attorneys for Defendant,*
*Village Creek Real Estate, LLC*

Hurst, Texas 76054
Tel: (972) 591-6919
Fax: (972) 408-0713
seth@croslandlawfirm.com

*Attorneys for Plaintiff,*
*James Joseph Juluke, Jr.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing the following counsel of record:

Anthony T. Ricciardelli
Ricciardelli Law Firm
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.