**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, Plaintiff, | ) | Case No.: 4:17-cv-00503-ALM |
| v. | ) | |
| VILLAGE CREEK REAL ESTATE, LLC, a Texas Limited Liability Company, Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The parties have submitted a proposed order. Therefore, the Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that Defendant Village Creek Real Estate, LLC is hereby dismissed with prejudice from this action. It is further **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**SIGNED this the 6th day of June, 2018.**

Richard A. Schell

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE